**GS2LAW**
Garson, Segal, Steinmetz, Fladgate LL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/21

Robert Garson ◊
Michael Steinmetz * ∝
Chris Fladgate °
Thomas Segal ˆ

Stephen Greenwald
John Lane ∝
Timothy Kendal ◊
Ilan Ben Avraham ∇

Kevin Kehrli ‹
Maddie Brown

Additional Bar Memberships
◊ England and Wales
ˆ Paris
\* New Jersey
‹ Pennsylvania
∝ Patent Bar
° Victoria (Australia)
∇ Israel
  Colorado

Email: kk@gs2law.com

September 27, 2021

<u>Via ECF</u>

Hon. Alison J. Nathan
United States Courthouse
40 Foley Sq., Courtroom 906
New York, New York 10007

Re: <u>LG Capital Funding, LLC v. Hangover Joe's Holdings Corp. (21-cv-5584(AJN)):
Adjournment Request</u>

To the Hon. Alison J. Nathan:

This firm represents LG Capital Funding, LLC ("Plaintiff"), plaintiff in the above-captioned. I write in anticipation of the Initial Conference, presently scheduled for October 8, 2021, and to respectfully request an adjournment thereof for the reason below.

This matter was commenced by Summons and Complaint on June 28, 2021. Due to confusion as to the state of incorporation and the identity of defendant, Hangover Joe's Holdings Corp.'s registered agent, Plaintiff was unable to effectuate service until last week. I am informed by our process server that Defendant's registered agent was served on September 23, 2021, and I am awaiting receipt of the affidavit of service to confirm the same and file proof thereof.

Accordingly, Plaintiff respectfully requests that the Court adjourn the October 8, 2021 conference to a date following Defendant's deadline to respond to the Complaint.



Continuation Page

    Pursuant to Your Honor's Individual Rule 1.E.: (i) the Initial Conference is presently scheduled for October 8, 2021; (ii) there have been no previous requests for an adjournment and (iii) so none were granted or denied; and (iv), as Defendant has just recently been served and not yet appeared in the matter, Plaintiff was not able to obtain consent.

Respectfully Submitted,

/s/ *Kevin Kehrli*
Kevin Kehrli, Esq.

> The conference scheduled for October 8, 2021, is adjourned to November 12, 2021.
>
> SO ORDERED.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/27/21